FILE COPY

No. 07-15-00086-CV

| | | |
|---|---|---|
| Danny Shead<br>  Appellant | § | From the 181st District Court<br>  of Randall County |
| | § | |
| v. | | March 24, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 24, 2015, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o